AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

BRAD R. JOHNSON

V.

CITY OF KANKAKEE, STATE OF ILLINOIS;
BRENDA FELTON;
A. ABLE; B. BAKER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2192

TO: (Name and address of Defendant)

Ms. Brenda Felton
850 North Hobbie
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dr. Brad R. Johnson
School of Business
Francis Marion University
Box 100547
Florence, SC 29501

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE 11/24/08

s/V. Ball
(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

BRAD R. JOHNSON

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF KANKAKEE, STATE OF ILLINOIS;
BRENDA FELTON;
A. ABLE; B. BAKER

CASE NUMBER: 08-2192

TO: (Name and address of Defendant)

City of Kankakee, State of Illinois
c/o City Attorney
385 East Oak Street
Kankakee, IL  60901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dr. Brad R. Johnson
School of Business
Francis Marion University
Box 100547
Florence, SC  29501

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

11/24/08
DATE

s/V. Ball
(By) DEPUTY CLERK